**ORDERED ACCORDINGLY.**

Dated: January 06, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23851/116335638

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Tracy Le<br>       Debtors.<br>_____<br>Mortgage Electronic Registration Systems as nominee for BAC Home Loans Servicing, LP<br>       Movant,<br>  vs.<br><br>Tracy Le, Debtors; Edward J. Maney, Trustee.<br><br>       Respondents. | No. 2:09-bk-06539-GBN<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 22) |

This matter having come before the Court for a Preliminary Hearing on January 4, 2010, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Mark Wesbrooks, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated November 18, 2005, in the office of the Maricopa

County Recorder at wherein Mortgage Electronic Registration Systems as nominee for BAC Home Loans Servicing, LP is the current beneficiary and Tracy Le have an interest in, further described as:

    Lot 129, of Laveen Meadows - phase 1 amended, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in book 657 of maps, page 24.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ___ day of _____, 2010.

                                                        _____
                                                        JUDGE OF THE U.S. BANKRUPTCY COURT